Conal Doyle, Cal. Bar #: 227554
WILLOUGHBY DOYLE LLP
1814 Franklin Street, Suite 800
Oakland, CA 94612
(510) 451-2777
fax: (510) 835-1050
conal@willoughbydoyle.com

Adele Kimmel, Cal. Bar #:126843
PUBLIC JUSTICE, P.C.
1825 K Street, NW, Suite 200
Washington, DC 20006
(202) 797-8600
fax: (202) 232-7203
akimmel@publicjustice.net

Attorneys for Plaintiff

E-FILED 06/11/12
JS-6

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HERNANDEZ BANDERAS,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendants.<br>_____ | Case No.: 2:08-cv-6594<br><br>**[~~PROPOSED~~]FINAL JUDGMENT** |

- 1

THIS CAUSE, having been heard by bench trial under the Federal Tort Claims Act ("FTCA"), and the court issuing Findings of Fact and Conclusions of Law on May 29, 2012, after considering all of the evidence, reviewing the court file, and hearing argument of counsel, the court hereby ORDERS and ADJUDGES:

1. The United States is liable for medical negligence under the FTCA.

2. The Plaintiff is awarded judgment in the amount of $250,000.

IT IS SO ORDERED.

DATED: ___06/11_____ , 2012

_____
THE HONORABLE PHILIP S. GUTIERREZ